UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J.B. HANKS CO., INC.                          CIVIL ACTION

VERSUS

SHORE OIL COMPANY, ET AL.                NO.: 97-00040-BAJ-SCR

## RULING AND ORDER

On August 8, 2013, the Special Master[1] issued a Report and Recommendation, pursuant to Federal Rule of Civil Procedure 53, recommending that judgment be entered in favor of Defendant PXP Gulf Coast, Inc. and against Plaintiff J.B. Hanks Co., Inc., dismissing Plaintiff's claims, with prejudice. (Doc. 161.)

On September 11, 2013, this Court issued an order requiring the parties to file their objections, if any, to the Report and Recommendation no later than September 24, 2013. (Doc. 162.) A review of the record indicates that neither party filed written objections to the Special Master's Report and Recommendation.

Having carefully considered the Special Master's Report and Recommendation, the record, and the applicable law, the Court concludes that the Special Master's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

---

[1] (Docs. 156, 158.)

Accordingly,

**IT IS ORDERED** that the Special Master's **Report and Recommendation (Doc. 161)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff J.B. Hanks Co., Inc. claims against Defendant PXP Gulf Coast, Inc. are **DISMISSED**, with prejudice.

A judgment shall be entered by separate order.

Baton Rouge, Louisiana, this 22nd day of January, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

2